**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
ALLEN SOLOMON,

                                                  **Case Number 1:20-cv-05449-VEC**

           Plaintiff,

  -against-

CURT SZYMANSKI, and CAFFEINATION    **NOTICE OF MOTION**
TITLE, LLC, *a Wisconsin limited liability*
*company*,

           Defendants.
-------------------------------------------------------X

     **PLEASE TAKE NOTICE** that, based on the accompanying Memorandum of Law, Defendants, CURT SZYMANSKI and CAFFEINATION TITLE, LLC, by and through undersigned counsel, move this Court to dismiss Plaintiff's Complaint under Fed. R. Civ. P. 12(b)(2).

                                                 Respectfully Submitted,

                                                 **Law Offices of Nolan Klein, P.A.**
                                                 *Attorneys for Defendants*
                                                 5550 Glades Road, Ste. 500
                                                 Boca Raton, FL 33431
                                                 PH: (954) 745-0588

                          By:  */s/ Nolan Klein*
                              NOLAN KLEIN, ESQ. (NK4223)
                              klein@nklegal.com
                              amy@nklegal.com

### CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that a copy of the foregoing instrument was e-filed with the Clerk of Court using CM/ECF, this **31st** day of **August,** 2020.

                                                   By:  */s/ Nolan Klein*
                                                         NOLAN KLEIN, ESQ.
                                                         (NK4223)

**SERVICE LIST:**

**JOSHUA D. LEVIN-EPSTEIN, ESQ.**
Levin-Epstein & Associates, P.C.
420 Lexington Avenue, Suite 2525
New York, NY 10170
Ph: (212) 792-0046
joshua.levinepstein.com
*Attorney for Plaintiff*